IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID S. GOLDSTEIN,

    Plaintiff,

v.                                                              Civil Action No. 3:17CV245

DOUGLAS TRAMMELL, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 24, 2017, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On June 5, 2017, the United States Postal Service returned the May 24, 2017 Memorandum Order to the Court marked, return to sender. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 6/20/17
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge